This case was argued and submitted on November 7, 1913. On November 11, 1913, a stipulation was filed that it should abide the decision of the court in *Equitable Surety Co.* v. *United States, ante,* 374.

On October 6, 1914, the appellant entered an order dismissing the appeal.

---

## EQUITABLE SURETY COMPANY v. UNITED STATES TO THE USE OF WILLIAM H. HAINES.

This appeal is governed by the decision in *Equitable Surety Co.* v. *United States, ante,* 374.

No. 2590.  Submitted November 7, 1913.  Certified to the Supreme Court of the United States, January 7, 1914.  Appeal dismissed by appellant October 6, 1914.

APPEAL by the defendant from a judgment of the Supreme Court of the District of Columbia under the 73d rule of that court, for want of a sufficient affidavit of defense in an action upon a bond.          *Appeal dismissed by appellant.*

*Mr. Joseph A. Burkart, Mr. William E. Ambrose,* and *Mr. J. J. Darlington* for the appellant.

*Mr. Fred B. Rhodes* and *Mr. Elbert Johnson* for the appellee.

This case was argued and submitted on November 7, 1913. On November 11, 1913, a stipulation was filed that it should abide the decision of the court in *Equitable Surety Co.* v. *United States, ante,* 374.

On October 6, 1914, the appellant entered an order dismissing the appeal.